GARMAN TURNER GORDON LLP
ERIKA PIKE TURNER
Nevada Bar No. 6454
Email: eturner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

SEYFARTH SHAW LLP
JEREMY A. COHEN
(Pro Hac Vice Application to Be Submitted)
Email: JACohen@seyfarth.com
620 Eighth Avenue
New York, New York 10018
Tel: (212) 218-5500

*Attorneys for Defendant, Eastern Airlines, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TEAM 125, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EASTERN AIRLINES, LLC a Nevada limited liability company; and DOES 1 through 20, and ROE ENTITIES 1-20, inclusive,<br><br>Defendant. | CASE NO.: 2:21-cv-00520-KJD-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Eastern Airlines, LLC ("Defendant") and Plaintiff Team 125, Inc. ("Plaintiff," and together with Defendant, the "Parties"), through their respective undersigned counsel, hereby stipulate and request that this Court extend the date by which Defendant may respond to the summons.

In support of this Stipulation, the Parties state as follows:

1. Counsel for the Parties conferred and agreed to extend the date by which Defendant must respond to the summons and file any response to Complaint from June 25,

2021 to July 9, 2021.

2. Defendant has requested this extension, among other reasons, so that it can evaluate the impact of a recently-issued decision in an arbitration involving Plaintiff, which Defendant believes may impact this action.

IT IS SO STIPULATED.

Dated this 22nd day of June 2021.

Respectfully submitted,

GARMAN TURNER GORDON LLP

*/s/ Erika Pike Turner*
ERIKA PIKE TURNER
Nevada Bar No. 6454
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Defendant, Eastern Airlines, LLC*

Dated this 22nd day of June 2021.

Respectfully submitted,

GREENSPOON MARDER LLP

*/s/ Phillip A. Silvestri*
PHILLIP A. SILVESTRI
Nevada Bar No. 11276
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, Nevada 89169
*Attorneys for Plaintiff, Team 125, Inc.*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: June 23, 2021