# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TEAM 125, INC.,<br>　　Plaintiff(s),<br>v.<br>EASTERN AIRLINES, LLC,<br>　　Defendant(s). | Case No. 2:21-cv-00520-KJD-NJK<br>**Order**<br>[Docket No. 18] |

Pending before the Court is Defendant's motion to stay discovery pending resolution of its motion to dismiss. Docket No. 18; *see also* Docket No. 7 (motion to dismiss). Plaintiff did not file a response to that motion and the deadline for doing so has expired. *See* Local Rule 7-2(b).[1] Considering the governing standards, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds that a stay of discovery is appropriate in this case.

Accordingly, the motion to stay discovery is **GRANTED**. In the event resolution of the motion to dismiss does not result in the ending of this case, a joint proposed discovery plan must be filed within 14 days of the issuance of that order.

IT IS SO ORDERED.

Dated: September 20, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
Nancy J. Koppe
United States Magistrate Judge

---

[1] In a discovery plan, Plaintiff did state without elaboration that it "disagrees that the Motion to Dismiss is likely to dispose of the present case, and thus cannot provide the Court with a sufficient basis to stay discovery (though Plaintiff does not oppose the request, in the interests of conserving judicial (and party) economy)." Docket No. 17 at 1-2.

1