Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
Tel: 702.978.4249
Fax: 954.333.4256
Phillip.Silvestri@gmlaw.com

Germain Labat, Esq. (*Pro Hac Vice*)
Guinevere M. Malley, Esq. (*Pro Hac Vice*)
GREENSPOON MARDER LLP
1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: 323.880.4520
Facsimile: 954.343.5624
Germain.Labat@gmlaw.com
Guinevere.Malley@gmlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TEAM 125, INC., a Delaware corporation,<br><br>  Plaintiff,<br>v.<br><br>EASTERN AIRLINES, LLC, a Nevada Limited Liability Company,<br><br>Defendant. | Case No.: 2:21-cv-00520-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br>**(ECF# 31)** |

Pursuant to LR IA 6-1, the Parties to this action, Plaintiff Team 125, Inc. ("Team 125"), and Defendant Eastern Airlines, LLC. ("Eastern") through their respective counsel, hereby stipulate and agree that:

Eastern shall have until May 23, 2022 to submit their response to Team 125's First Amended Complaint (ECF #30) (the "FAC").

This request for extension of time is to allow the parties to further meet and confer on objections Eastern has raised regarding the FAC. This is the Parties' first request for extension of

this deadline, and it is not intended to cause any delay or prejudice to any party.

Dated this 2nd day of May, 2022.

                                        Greenspoon Marder LLP

                                        By: */s/ Phillip A. Silvestri, Esq.*
                                             PHILLIP A SILVESTRI, Esq.
                                             Nevada Bar No. 11276
                                             3993 Howard Hughes Pkwy, Suite 400
                                             Las Vegas, Nevada 89169
                                             *Attorneys for Plaintiff*

Dated this 2nd day of May, 2022.

                                        GARMAN TURNER GORDON LLP

                                        By: */s/ Erik Pike Turner, Esq.*
                                             ERIKA PIKE TURNER
                                             Nevada Bar No. 6454
                                             7251 Amigo Street, Suite 210
                                             Las Vegas, Nevada 89119
                                             *Attorneys for Defendant, Eastern Airlines, LLC*

IT IS SO ORDERED

_____
United States Magistrate Judge

DATED: May 3, 2022