GARMAN TURNER GORDON LLP
ERIKA PIKE TURNER
Nevada Bar No. 6454
Email: eturner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

SEYFARTH SHAW LLP
JEREMY A. COHEN
(*Pro Hac Vice*)
Email: JACohen@seyfarth.com
620 Eighth Avenue
New York, New York 10018
Tel: (212) 218-5500

*Attorneys for Defendant, Eastern Airlines, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TEAM 125, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EASTERN AIRLINES, LLC a Nevada limited liability company; and DOES 1 through 20, and ROE ENTITIES 1-20, inclusive,<br><br>Defendant. | CASE NO.: 2:21-cv-00520-KJD-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS**<br><br>**(FIRST REQUEST)** |

Defendant Eastern Airlines, LLC ("Defendant") and Plaintiff Team 125, Inc. ("Plaintiff," and together with Defendant, the "Parties"), through their respective undersigned counsel, hereby stipulate and request that this Court extend the date by which Defendant may file a Motion for Attorneys' Fees and Bill of Costs.

In support of this Stipulation, the Parties state as follows:

1. On March 23, 2023, the Court granted Defendant's Motion for Sanctions [ECF No. 43].

2. Counsel for the Parties conferred and agreed to extend the date by which Defendant must file Motion for Attorneys' Fees and Bill of Costs from April 6, 2023 to April

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1 of 3

20, 2023.

3. The Parties are hopeful they are going to resolve the fees issue without needing to file a Motion for Attorneys' Fees and Bill of Costs but need additional time to confer.

IT IS SO STIPULATED.

Dated this 4th day of April 2023.

Respectfully submitted,

GARMAN TURNER GORDON LLP

/s/ Erika Pike Turner
ERIKA PIKE TURNER
Nevada Bar No. 6454
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Defendant, Eastern Airlines, LLC*

Dated this 4th day of April 2023.

Respectfully submitted,

GREENSPOON MARDER LLP

/s/ Phillip A. Silvestri
PHILLIP A. SILVESTRI
Nevada Bar No. 11276
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, Nevada 89169
*Attorneys for Plaintiff, Team 125, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: April 4, 2023

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2 of 3