GARMAN TURNER GORDON LLP
ERIKA PIKE TURNER
Nevada Bar No. 6454
Email: eturner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

SEYFARTH SHAW LLP
JEREMY A. COHEN
(*Pro Hac Vice*)
Email: JACohen@seyfarth.com
620 Eighth Avenue
New York, New York 10018
Tel: (212) 218-5500

*Attorneys for Defendant, Eastern Airlines, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TEAM 125, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EASTERN AIRLINES, LLC a Nevada limited liability company; and DOES 1 through 20, and ROE ENTITIES 1-20, inclusive,<br><br>Defendant. | CASE NO.: 2:21-cv-00520-KJD-NJK<br><br>**STIPULATION FOR DISCONTINUANCE OF ACTION WITH PREJUDICE** |

Defendant Eastern Airlines, LLC ("Defendant") and Plaintiff Team 125, Inc. ("Plaintiff," and together with Defendant, the "Parties"), through their respective undersigned counsel, hereby stipulate and request that this Court terminate the present action in its entirety, pursuant to a confidential resolution reached between the Parties, and in support state as follows:

1. On March 22, 2023, the Court granted Defendant's Motion to Dismiss Plaintiff's Amended Complaint, with Prejudice [ECF No. 41] (the "Dismissal Order").

2. On March 23, 2023, the Court granted Defendant's Motion for Sanctions [ECF No. 43] (the "Sanctions Order").

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1 of 3

3. Since that time the Parties have been negotiating a mutual resolution of the discontinuance of the present action, including all rights of appeal,[1] as well as Defendant's entitlement to an award of fees and costs.

4. The Parties have reached a confidential agreement between themselves which fully resolves this matter, including all rights of appeal with regard to the Dismissal Order and the Sanctions Order.

5. Based on that agreement, Defendants no longer need to file an application for fees and costs pursuant to the Sanctions Order.

6. Accordingly, the Parties stipulate that all remaining deadlines in this case may be vacated, and the case may be closed.

IT IS SO STIPULATED.

Dated this 31st day of May 2023.

Respectfully submitted,

GARMAN TURNER GORDON LLP

/s/ Erika Pike Turner
ERIKA PIKE TURNER
Nevada Bar No. 6454
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Defendant, Eastern Airlines, LLC*

Dated this 31st day of May 2023.

Respectfully submitted,

GREENSPOON MARDER LLP

 /s/ Phillip A. Silvestri
PHILLIP A. SILVESTRI
Nevada Bar No. 11276
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, Nevada 89169
*Attorneys for Plaintiff, Team 125, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 5/31/2023

---

[1] The Parties acknowledge that, as of the date of this Stipulation, the deadline to appeal the Dismissal Order and the Sanctions Order has passed, and thus all rights to appeal have been extinguished.

2 of 3

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

**CERTIFICATE OF SERVICE**

The undersigned, an employee of Garman Turner Gordon LLP, hereby certifies that on the 31st day of May 2023, he caused a copy of the foregoing **STIPULATION FOR DISCONTINUANCE OF ACTION WITH PREJUDICE** to be served electronically to all parties of interest through the Court's CM/ECF system as follows:

Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
Email: Phillip.Silvestri@gmlaw.com

*Attorneys for Plaintiff, Team 125, Inc.*

　　　　　　　　　　　　　　　　　　　　　　/s/ Max Erwin
　　　　　　　　　　　　　　　　　　　　　　An employee of
　　　　　　　　　　　　　　　　　　　　　　GARMAN TURNER GORDON LLP